Jennifer A. Smith (SBN 610)
Courtney Miller O'Mara (SBN 10683)
LIONEL SAWYER & COLLINS
1100 Bank of America Plaza
50 West Liberty St.
Reno, NV 89501
Telephone: (775) 788-8666
Facsimile:(775) 788-8682

Attorneys for GE BUSINESS FINANCIAL
SERVICES INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GE BUSINESS FINANCIAL SERVICES INC. (f/k/a Merrill Lynch Business Financial Services Inc.), a Delaware Corporation.<br><br>Judgment Creditor,<br><br>v.<br><br>ALEX J. UMANA, a Nevada Resident,<br><br>Judgment Debtor.<br>_____/ | Case No: 3:09-ms-00013 |

### AFFIDAVIT OF JUDGMENT CREDITOR'S ATTORNEY

ANDREW WOOL, being first duly sworn, deposes and says;

1.  I am an associate at Katten Muchin Rosenman LLP. I am one of the attorneys for GE BUSINESS FINANCIAL SERVICES INC. (f/k/a Merrill Lynch Business Financial Services Inc.). This Affidavit is filed pursuant to the provisions of NRS 17.360. GE BUSINESS FINANCIAL SERVICES INC. is the judgment creditor under the Foreign Judgment.

2.  The last known address of judgment debtor ALEX UMANA is 3648 Hemlock Way, Reno, NV 89509.

3.  The address of the judgment creditor GE BUSINESS FINANCIAL SERVICES

1  INC. is 500 W. Monroe Street, 10th Floor, Chicago, Illinois 60601.

2      4.   This judgment is valid and enforceable. Some payments have been made by the

3  judgment debtor; the current principal balance is $2,041,483.05 as of June 25, 2009. Fees and

4  interest continue to accrue.

5      I affirm that the foregoing document does not contain the Social Security Number of any

6  individual.

7      DATED this 26 day of June, 2009.

8  By: _____

9  ANDREW WOOL

10

11  STATE OF ILLINOIS  }

12  COUNTY OF COOK  }

13

14

15  Dated: June 26, 2009

16

17

18  Sworn and subscribed to before me

19  this 26TH day of June,

20  2009

21

22  _____

23  Notary Public

"OFFICIAL SEAL"
Bobbie J. Jones
Notary Public, State of Illinois
My Commission Expires Jan. 25, 2010

24

25

26

27

28